# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 3294 | **DATE** | 11/2/2000 |
| **CASE TITLE** | DiBenedetto et al vs. Pope | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiffs' agreed motion for entry of judgment is granted. Judgment is entered against defendant Kenneth S. Powell Profit Sharing Trust, jointly and severally on Counts I, II, V, VI and VII as follows: (i) Vincent DiBenedetto, $445,000.00 plus prejudgment interest from May 18, 1999 and his costs; (ii) Rocco Sapienza, $85,000.00 plus prejudgment interest from January 21, 1999 and his costs; (iii) Louis DeFrancesca, $130,000.00 plus prejudgment interest from January 21, 1999 and his costs; (iv) Patrick Conway, $35,000.00 plus prejudgment interest from January 21, 1999 and his costs; and (v) Gail Davis, $30,000.00 plus prejudgment interest from January 21, 1999 and her costs. There being no just reason for delay, final judgment under Federal Rule of Civil Procedure 54(b) is entered.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. |
|---|---|
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| ✓ | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

number of notices: 3

date docketed: NOV 03 2000

date mailed notice: NOV 03 2000

courtroom deputy's initials: SCT

ED-7 FILED FOR DOCKETING 00 NOV -2 PM 5:05

Date/time received in central Clerk's Office

Document Number: 19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

VINCENT DiBENEDETTO; ROCCO )
SAPIENZA; LOUIS DeFRANCESCA; )
PATRICK CONWAY and GAIL DAVIS, )
)
                Plaintiffs, )
)
v. )   Case No. 00 C 3294
)
ANTHONY JOSEPH POPE; KENNETH )
S. POWELL; RONALD L. ROBERTS; )
KENNETH S. POWELL INVESTMENTS, )
INC., a/k/a KENNETH S. POWELL )
INVESTMENTS CORPORATION, a/k/a )
KS INVESTMENTS, INC., a/k/a KS )
POWELL INVESTMENT )
CORPORATION, a Missouri corporation; )
KENNETH S. POWELL PROFIT- )
SHARING TRUST; R.R. INVESTMENTS, )
INC., a Missouri corporation; ISMAEL )
COVARRUBIAS, and YORK ROAD, )
LLC, a Missouri Limited Liability )
Company, )
)
                Defendants. )

NOV 0 3 2000

## AGREED JUDGMENT ORDER

This cause coming on to be heard on Plaintiffs Vincent DiBenedetto, Rocco Sapienza, Louis DeFrancesca, Patrick Conway and Gail Davis' and Defendant, Kenneth S. Powell Profit Sharing Trust's, Agreed Motion for Entry of Judgment (the "Motion") brought pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court having reviewed the Motion and being otherwise advised in the premises,

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 54, that Judgment is entered as follows:

19

1.  In favor of the Plaintiffs, Vincent DiBenedetto, Rocco Sapienza, Louis DeFrancesca, Patrick Conway and Gail Davis and against the Defendant, Kenneth S. Powell Profit Sharing Trust, jointly and severally, on Counts I, II, V, VI and VII of the Complaint, as follows:

    (i) Vincent DiBenedetto, FOUR HUNDRED FORTY FIVE THOUSAND AND 00/100 ($445,000.00) plus prejudgment interest from May 18, 1999 and his costs;

    (ii) Rocco Sapienza, EIGHTY FIVE THOUSAND DOLLARS AND 00/100 ($85,000.00) plus prejudgment interest from January 21, 1999 and his costs;

    (iii) Louis DeFrancesca, ONE HUNDRED THIRTY THOUSAND DOLLARS AND 00/100 ($130,000.00) plus prejudgment interest from January 21, 1999 and his costs;

    (iv) Patrick Conway, THIRTY FIVE THOUSAND DOLLARS AND 00/100 ($35,000.00) plus prejudgment interest from January 21, 1999 and his costs; and

    (v) Gail Davis, THIRTY THOUSAND DOLLARS AND 00/100 ($30,000.00) plus prejudgment interest from January 21, 1999 and her costs.

This Judgment is a Final Judgment under Federal Rule of Civil Procedure 54(b), the Court finding there is no just reason to delay entry of Final Judgment against the Defendant, Kenneth S. Powell Profit Sharing Trust.

ENTERED

NOV - 2 2000

*Charles P. Kocoras*
Honorable Charles P. Kocoras

F:\CLIENTS\10048-7\PLEADING\Consent Judgment Order.1024

2