AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Vincent DiBenedetto et al      **JUDGMENT IN A CIVIL CASE**

v.      Case Number: 00 C 3294

Anthony Joseph Pope et al

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered against defendant Kenneth S. Powell Profit Sharing Trust, jointly and severally on Counts I, II, V, VI and VII as follows: (i) Vincent DiBenedetto, $445,000.00 plus prejudgment interest from May 18, 1999 and his costs; (ii) Rocco Sapienza, $85,000.00 plus prejudgment interest from January 21, 1999 and his costs; (iii) Louis DeFrancesca, $130,000.00 plus prejudgment interest from January 21, 1999 and his costs; (iv) Patrick Conway, $35,000.00 plus prejudgment interest from January 21, 1999 and his costs; and (v) Gail Davis, $30,000.00 plus prejudgment interest from January 21, 1999 and her costs. There being no just reason for delay, final judgment under Federal Rule of Civil Procedure 54(b) is entered.

NOV 0 3 2000

Michael W. Dobbins, Clerk of Court

Date: 11/2/2000

Stephen C. Tokoph, Deputy Clerk